**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JUSTIN DAVIS, et al.,

                    Plaintiffs,

v.                                                    CIVIL ACTION NO.   2:18-cv-01292

OHIO POWER COMPANY, et al.,

                    Defendants.


**ORDER**

On September 17, 2019, the Defendants' filed a notice of scheduling conflict in the above-styled case (ECF No. 71).   Therefore, the trial currently scheduled for April 14, 2020, is **CONTINUED** to **April 28, 2020, at 9:00 a.m.**, and the pretrial/final settlement conference currently scheduled for April 4, 2020, is **CONTINUED** to **April 15, 2020, at 10:00 a.m.**   All remaining dates and deadlines in the previous Amended Scheduling Order shall remain in effect.

        **IT IS SO ORDERED**.

        The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                         ENTER:        September 23, 2019


                         _____
                         THOMAS E. JOHNSTON, CHIEF JUDGE