**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JUSTIN DAVIS, et al.,

                Plaintiffs,

v.                                    CIVIL ACTION NO.   2:18-cv-01292

OHIO POWER COMPANY, et al.,

                Defendants.

**ORDER**

On March 10, 2020, Defendants Universal Cable Holdings, Inc. d/b/a Suddenlink Communications and Ohio Power Company d/b/a AEP Ohio filed a Notice of Dismissal of Cross–Claim as the claims between them have been compromised and settled.   (ECF No. 102.) Accordingly, the Court **ORDERS** this case to be **DISMISSED WITH PREJUDICE**.   The Court further **DIRECTS** the Clerk to remove this case from this Court's active docket.

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:      March 17, 2020

                                    THOMAS E. JOHNSTON, CHIEF JUDGE